## Swan v. Smith-Faris Co. et al. Appellants.

Argued April 27, 1932.

Before Trexler, P. J., Keller, Gawthrop, Cunningham, Baldrige, Stadtfeld and Parker, JJ.

John H. Sorg, for appellant.

E. P. Curran, and with him Samuel Milliken, for appellee.

Opinion by Stadtfeld, J., October 10, 1932:

Workmen's compensation case. The referee and the board allowed compensation. The lower court, Snee, J., dismissed the appeal of the defendant, and affirmed

the award. From that order this appeal is taken by defendant. The claim arises out of substantially the same state of facts as in the case of August and Mary Gerst against the same defendant, at 107 Pa. Superior Ct. 30 of this court, wherein an opinion has this day been handed down. Both decedents were working at the same place, under the same conditions and their deaths resulted apparently under the same circumstances.

For the reasons set forth in the opinion referred to, the assignments of error are overruled and the judgment affirmed.